IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 07-cv-00789 - LTB - MEH

LEONID SHIFRIN, a/k/a LEO SHIFRIN,
MORTGAGE PLANNING AND LENDING LLP, and
WHOLESALE MORTGAGE LENDING LLC,

    Plaintiffs,

v.

STATE OF COLORADO, ex rel JOHN W. SUTHERS, Attorney General,
CLAIRE M. LARGESSE, and
REBECCA WILD,

    Defendants
_____

# ORDER
_____

Based on the findings and conclusions set forth on the record at the hearing held on May 10, 2007, IT IS HEREBY ORDERED that the State of Colorado, *ex rel* John W. Suthers, Attorney General's Motion to Dismiss Plaintiffs' Motion for Emergency Hearing to Quash Subpoena Duces Tecum and Injunctive Relief [Doc #5] is GRANTED and this case is DISMISSED.

Dated: May   10  , 2007 in Denver, Colorado.

                                              BY THE COURT:

                                                 s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, CHIEF JUDGE